■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JON SANTIAGO, Appellant. [955 NYS2d 886]

Contrary to the People's contention, the defendant did not validly waive his right to appeal (*see People v Lopez*, 6 NY3d 248, 256 [2006]; *People v Wright*, 89 AD3d 874, 874-875 [2011]).

However, the Supreme Court providently exercised its discretion in denying the defendant's request for youthful offender treatment (*see* CPL 720.20 [1]). Moreover, the sentences imposed were not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Mastro, J.P., Rivera, Roman and Sgroi, JJ., concur.